IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01085–EWN–CBS

DENISE SALAZAR,

    Plaintiff,

v.

PAUL GIOSO,
MICHAEL COWHICK, and
JANE DOE, Deputy Sheriff of the City and County of Denver;
KAREN RAINEAULT, Acting Nurse at the Denver City Jail;
DEFENDANTS I – X, Command Officers of the City and
County of Denver and/or The Sheriff's Department, whose true
names are unknown,

    Defendants.

---

**ORDER SETTING FINAL PRETRIAL CONFERENCE**

---

It appears that all substantive and/or dispositive matters have been resolved in this case and that the matter can be set for further pretrial and trial proceedings. Accordingly, it is

**ORDERED** as follows:

1. The court will hold a Final Pretrial Conference commencing at 3:45 o'clock p.m. on Friday, **November 18, 2005**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will (1) follow the Instructions for Preparation and Submission of Final Pretrial Order, a copy of which

can be downloaded from the court's web site, specifically

http://www.cod.uscourts.gov/forms/ewn_fin_pre_ord_ins.pdf and (2) utilize the specific

template located at http://www.co.uscourts.gov/forms/ewn_fin_pre_ord.wpd.  These specific

web addresses should be used to insure that the proper format is observed.

Dated this  28th  day of September, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge