IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01085–EWN–CBS

DENISE SALAZAR,

    Plaintiff,

v.

PAUL GIOSO,
MICHAEL COWHICK, and
JANE DOE, Deputy Sheriff of the City and County of Denver;
KAREN RAINEAULT, Acting Nurse at the Denver City Jail;
DEFENDANTS I – X, Command Officers of the City and
County of Denver and/or The Sheriff's Department, whose true
names are unknown,

    Defendants.

## ORDER SETTING TRIAL
## ON TRAILING CALENDAR

Due to the circumstances of its criminal and civil caseload, and upon the finding that certain civil cases can be handled more promptly only if they are set on a civil trailing calendar, it is

**ORDERED** as follows:

1. This case is hereby set for a five-day trial to jury, commencing at 9:00 o'clock a.m. on

**December 5, 2005.**

2. This is a trailing setting. Specifically, the case may trail behind any criminal trial which must be set over it in order to comply with the Speedy Trial Act, 18 U.S.C. § 3161. It may also trail behind other civil trials, based on the date of filing, priorities required by statute, and other considerations which have been brought to the attention of the court.

3. The parties should be prepared to try the case on the date specified or as soon thereafter as the court's trial schedule will permit.

Dated this  28th  day of September, 2005.

                                          BY THE COURT:

                                          s/Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge