IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01085–EWN–CBS

DENISE SALAZAR,

      Plaintiff,

v.

PAUL GIOSO,
MICHAEL COWHICK, and
JANE DOE, Deputy Sheriff of the City and County of Denver;
KAREN RAINEAULT, Acting Nurse at the Denver City Jail;
DEFENDANTS I – X, Command Officers of the City and
County of Denver and/or The Sheriff's Department, whose true
names are unknown,

      Defendants.

## ORDER SETTING TRIAL PREPARATION CONFERENCE

This matter having been set for trial commencing on December 5, 2005, it is now

**ORDERED** as follows:

1. The court will hold a trial preparation conference commencing at 10:30 o'clock a.m. on Friday, **December 2, 2005**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 28th day of September, 2005.

                                BY THE COURT:

                                s/Edward W. Nottingham
                                EDWARD W. NOTTINGHAM
                                United States District Judge